# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

---

Rocky Mel Contreras
       Plaintiff

CIVIL CASE

**Complaint**

vs.

Fargo English Congregation
Kingdom Hall of Jehovah's Witnesses,
Lonnie Bommer - Minister/Elder,
Dwight - Minister. Elder/Coordinator?
       Defendant

---

For his Complaint, Plaintiff Rocky Mel Contreras in Pro se states and alleges as follows:

## Introduction

1. This cause of action is due to a breach of fiduciary duty. The Fargo English

Congregation Kingdom Hall of Jehovah's Witnesses breached its duty of care by

negligently attempting to subject the physically disabled, but sound in mind plaintiff to a

double standard during a zoom book study.

By discriminatively pushing that the plaintiff show his facial profile during the zoom book

study while allowing other interested ones, members, ministers, Elders, to attend the

meetings on zoom locally and nationwide, while having the freedom of choice to show

their profile on zoom.

2. Tortious Conduct: This can include Negligence, Intentional Misconduct, and Slander. Rocky Mel Contreras's February 21, 2026 decision to not show his profile during a zoom book study with Lonnie Bommer - Elder for the Jehovah's Witness Fargo English Congregation transpired at 8:30 am was/is his right as a disabled freeman. Note: The plaintiff didn't want others to see that he was/is suffering from the side effects of his disability.

3. Lonnie Bommer - Minister/Elder requested that the plaintiff show his profile during the study. The plaintiff did not show his profile during the study.

 Lonnie Bommer - Minister/Elder got sharp with the plaintiff meaning he had rose his voice at the plaintiff, and the plaintiff got sharp raising his voice back  at Lonnie Bommer Minister/Elder.

And during the study Lonnie Bommer - Minister/Elder's demeanor was cold and unloving, unwelcomingly firm with the plaintiff.

4. ("Susan Dorothy Klucas") is an eyewitness to these events. Note: This issue first became an issue when the plaintiff didn't want to reveal himself on zoom. And afterwards requested to study with a [person of color].

5. Lonnie Bommer - Minister/Elder's counterpart only recognized as Dwight - Minister. Elder/Coordinator? Afterwards breached its duty of care by retaliating against the

plaintiff by negatively imposing more physical requirements upon the disabled plaintiff which can cause unsafe conditions for the plaintiff, while ignoring the plaintiffs request to study with a person of [color] and attempting to discourage, and slander the plaintiff in an attempt to cause division between the plaintiff and the Fargo English Congregation, Kingdom Hall of Jehovah's Witnesses.

6. Both Ministers named in this claim have shown themselves as having deliberately discriminated against the plaintiff for not showing his profile on zoom. While having a double standard that allows other interested ones, publishers, ministers, and elders to have the freedom of choice to not show their profiles during the Jehovah's Witness meetings.

7. "The behavior of the TWO Jehovah's Witnesses is not a protected area related to church government, matters of faith,[and] matters of doctrine".

8. The Kingdom Hall of Jehovah's Witnesses is located at 2207 18th Street S, Fargo, North Dakota, 58103.

9. The plaintiffs mother ("Mary") was baptized in Los Angeles, California in 1967 by Jehovah's Witnesses and later passed away in death October 23rd, 2023. The plaintiffs mother passed away in good standing in her faith as a Jehovah's Witness. I am truly proud of her!

10. The plaintiff was married to ("Elsa Flores Contreras") a Jehovah's Witness more

than 12 years ago in the city of Cabanatuan, Philippines and have been physically separated from her ever since.

11. The plaintiff will be submitting his medical records to prove that he is disabled United States v. Bright 630 F.2d 894 (5th Cir. 1980): United States v. Haldeman 559 F.2d 31, 107 (D.C. Cir. 1987), cert, denied, 531 U.S. Receiving medical records in evidence to permit a party to rely on the substantive statements in the records to prove the truth of the matter asserted would seem to violate rules against hearsay. Hospital and medical records are admissible as a record of regularly conducted activity if they are verified by their custodian. Tedesco General Hospital, 160 W. Va. 466, 235 S.E.2d 463 (1977); 171 W. Va. 678 301 S.E.2d 776 (1983).

12. ("Susan Dorothy Klucas") - works as my Personal Care Assistant (PCA). She cooks, cleans, grocery shops for me, and gives me my medication due to my eye impairment, and helps me with my dog (cookie). And she helps me when I have difficulty walking. And has even assisted me in being able to breathe while utilizing the proactive Protekt Deluxe Nebulizer machine. And has assisted me in and or out of the bathtub when I was/am at my weakest.

I have referred to her as my fiance, being that I would marry her if I was Divorced and/or free to remarry.

13. Susan, was present with me as an interested observer during my zoom book study

with Lonnie Bommer - Minister/Elder. {T}he rule requiring that a witness who testifies to a fact which can be perceived by the senses must have had an opportunity to observe, and must have actually observed The fact is a "most pervasive Manifestation" McCormick subsection 10, p. 119. These foundation requirements may, of course, be Furnished by the testimony of the witness himself, hence personal knowledge is not an Absolute but may consist of what the witness thinks he knows from personal perception. 2 Wigmore subsection 650. It will be observed that the rule is in fact a specialized application of the provisions of Rule 104(b) on condition relevancy

14.  The Audio Evidence Length is 20:26., which captured Dwight - minister retaliating and discriminating, against the plaintiff for not showing his face during the book study dated: February 25, 2026. The audio evidence captured Dwight's Negligence, Intentional Misconduct, and Slander. The CD will be submitted as evidence before this federal bench.

Article X CONTENTS OF WRITINGS, RECORDINGS, AND

PHOTOGRAPHS. Rule 1001 (b)(d)(e).

15.  The plaintiff will be submitting cell phone - text message evidence  of communications between the plaintiff and Lonnie Bommer - Minister/Elder to the court.

Text messages: similar process of authentication to emails. To introduce information from a cell phone, or any other source, the proponent must show that it is authentic. The

proponent must offer evidence "sufficient to support a finding that the matter in question is what its proponent claims." Fed. R. Evid. 901(a); see United States v. Salcido, 506 F.3d 729, 733 (9th Cir. 2007).

16. The plaintiff will be submitting cell phone - text message evidence of communications between the plaintiff and Deontray Brown - Jehovah's Witness Minister/Elder before this federal bench.

Text messages: similar process of authentication to emails. To introduce information from a cell phone, or any other source, the proponent must show that it is authentic. The proponent must offer evidence "sufficient to support a finding that the matter in question is what its proponent claims."Fed. R. Evid. 901(a); see United States v. Salcido, 506 F.3d 729, 733 (9th Cir. 2007).

17. The plaintiff will be submitting cell phone - text message evidence of communications between the plaintiff and Bob Boughton - Minister of Jehovah's Witness before this federal Bench.Text messages: similar process of authentication to emails. To introduce information from a cell phone, or any other source, the proponent must show that it is authentic. The proponent must offer evidence "sufficient to support a finding that the matter in question is what its proponent claims. "Fed. R. Evid. 901(a); see United States v. Salcido, 506 F.3d 729, 733 (9th Cir. 2007)

18. The plaintiff will be submitting 1 DVD, Demonstrative evidence Length 02:19 . 350

MB. Which directly demonstrates the fact as an example that the Kingdom Hall of Jehovah's Witnesses Glenwood Congregation in Minneapolis, Minnesota and Kingdom Halls Nationwide allows individuals,Interested ones, members, and ministers to have the freedom of choice as to not show their profiles during the Kingdom Hall of Jehovah's Witnesses related meetings through zoom. This evidence was captured dated: 03/22/2026

19. The plaintiff will be submitting 1 DVD containing Demonstrative evidence Length: 01:13.38 which shows Brother Moody, conducting the 2026 Memorial, that directly demonstrates the fact that the Kingdom Hall of Jehovah's Witnesses Fargo English Congregation allows individuals, interested ones, members, and ministers to have the freedom of choice as to not show their profiles during the Kingdom Hall of Jehovah's Witnesses' ("most important meeting in 2026"), being the 2026 Memorial of Jesus Death through zoom.

20. The plaintiff is submitting prima facie cell phone - text message evidence between the plaintiff and Deontray Brown - Minister/Elder of the Glenwood Congregation of Jehovah's Witnesses in Minneapolis, Minnesota who appears to not look at someone having the right to freedom of choice to hold back from showing ones profile on zoom as a threat. Note: Deontray Brown - Minister/Elder is aware that the plaintiff is a disabled Interested person that is aware of his spiritual need.

21. The plaintiff will be submitting 1 DVD containing Demonstrative evidence Length 13:24 which shows the Glenwood Congregation of Jehovah's Witnesses conducting the Watchtower meeting that directly demonstrates the fact that Jehovah's Witnesses are not prevented from being able to express their freedom of choice as to reveal their profile or not by the Ministers or Elders of the Jehovah's Witness Organization.

The Glenwood Congregation, and the Jehovah's Witnesses nationwide allows individuals, interested ones, members, and ministers to have the freedom of choice through zoom. Therefore, the double standard that the Fargo English Congregation regarding my revealing my profile, and/or my having to appear and mingle, make friends As Dwight - Minister Elder/Coordinator? Told me as a directive is not his to give! As a disabled freeman I do things at my speed and when I am able. And not because, someone told me to as a directive!

This relevant prima facie video evidence captured a portion of the Watchtower session dated: 04/05/2026. The people are applying their right to freedom of choice.

22. This cause of action is for money damages brought pursuant to Intentional Misconduct.

23. This cause of action is for money damages brought pursuant to Negligence.

24. This cause of action is for money damages brought pursuant to Slander.

## Jurisdiction and Venue

25.  This Court has jurisdiction over federal questions, (violations of federal law) or diversity of citizenship. The plaintiff is approaching the court pursuant to 28 U.S.C. Subsection 1331, 1343 and the tortious behavior recognized as Negligence, Intentional Misconduct and Slander.

26. Venue is proper in this Court under 28 U.S.C. SubSections 1331, 1391(b) because all Incidents, events, and occurrences giving rise to this action occurred in the District of North Dakota. Moreover, upon information and belief all of the parties reside in this Judicial District.

## The Parties

27, At all times relevant hereto and until the time of the deprivation of rights beginning on February 21, 2026, Plaintiff Rocky Mel Contreras was a Citizen of the United States and the City of Fargo, County of Cass, State of North Dakota.

28. Plaintiff Rocky Mel Contreras ("Contreras") currently resides in the City of Fargo, County of Cass. State of North Dakota and is representing himself in pro se before this Federal Court of North Dakota.

29. The FargoEnglish Congregation Kingdom Hall of Jehovah's Witnesses is and was at all times material hereto a Fargo facility, providing the vehicle through which the ("Kingdom Hall") fulfills its religious functions.

## Factual Allegations

30. The Kingdom Hall ofJehovah's Witnesses ministers/church is/are being strict/demanding towards me a disabled interested one/bible student to show my profile during a book/bible study while utilizing zoom. While allowing others, interested ones, members, ministers to have the ("FREEDOM OF CHOICE") related To their profiles while utilizing zoom.

The Fargo English Congregation's Jehovah's Witness ministers mentioned have given me grief for not showing my profile and have ignored my request to have a book study with a person that I can identify with, like a [person of color].

31. "People of color" is a term often used in political and social contexts, that inclusively refers to all non-white individuals. It emphasizes shared experiences of systemic marginalization, covering, those of African, Latino/Hispanic, Native American, Asian, or Pacific Island decent. The term acts as an alternative to "minorities" or "non-white" to foster solidarity.

32. This strict negligent stand towards me is discriminatory and has caused Personal Injury. Note: I had moved to the City of Fargo for the reason of being closer to the Kingdom Hall of Jehovah's Witnesses. I was/am hopeful to be able to attend this Kingdom Hall in person if and when my health was to allow me too. Now I am being ostracized and alienated due to reasons that aren't related to matters of the church-

government, matters of faith, [and] matters of doctrine.

33. This disabled bible student is seeking to gain knowledge and instruction from the Scriptures through the Jehovah's Witnesses while not giving up his right to ("FREEDOM OF CHOICE AS FREEMAN"). While being treated the same as the other interested ones, members, ministers by having the right to make my own decision as to when and where I will show my facial features if and when I choose to, on zoom and/or in person.

34. The Jehovah's Witnesses allows people, interested ones, bible students, baptized publishers and/or other members of the congregation of Jehovah's Witnesses to have the ("FREEDOM OF CHOICE") to physically attend the religious meetings in person or through zoom. And they have the ("FREEDOM OF CHOICE") to click with the ones that they personally identify with.

This controversy concerning whether a church rule grants religious superiors the civil right to violate a bible students right to freedom of choice.... Is not a dispute about religious faith or doctrine nor about church discipline or internal organization.

**KINGDOM HALL OF JEHOVAH'S WITNESSES**
**FARGO ENGLISH CONGREGATION**
**FARGO, NORTH DAKOTA.**
**Rocky Contreras, and Lonnie Bommer - Minister/Elder, communicating with each other via text.**

35. **Lonnie says-**

Hello This is Lonnie

Our meetings are Sunday @ 10am and Thursday @ 7pm

Both meetings have this Zoom login.

Meeting ID 881 8946 2540 Password 01025

**36. Rocky says-**

Thank you! with Emoji Thumbs up

**37. Lonnie says -**

Hey Rocky, how are you doing this afternoon?

Hope you enjoyed the meeting.

Would you like to meet up sometime this week and wet could get the study started?

**38. Rocky says-**

Lonnie Bommer,

I really enjoyed the Sunday meeting today.

I am looking forward to meeting with you and talking about the scriptures in order to

draw closer to Jehovah God.

Just inform me about a schedule that might work for you and I will see if I can be

available to meet with you.

Respectfully Submitted,

/s/ Rocky Contreras

Dated: 02/15/26

**39. Lonnie says-**

Do you have any middays during the week open? This week I'm out on of town

Wednesday, usually that would work for me but my wife has an appointment.

**40. Rocky says-**

Lonnie Bommer,

My time is very flexible due to my working from my computer at home.

We can try to have a study this coming Thursday?

And what publication are you thinking about starting the study with?

I hope to start studying at a pace that works for you and I.

Thank you!

P.s.

My fiance is also interested in studying with a sister.

**41. Lonnie says -**

My wife would love to study with her!

**42. Rocky says -**

Kool!

43. **Rocky says -**

Rocky Contreras's home address is - 510 Forest Avenue North Apt #8

Fargo, ND 58102

44. **Rocky says -**

Susan can be reached at Cell# 701-517-9047

by your wife at any time to talk about Jehovah God.

45. **Lonnie says-**

I do believe I could make Thursday work to do Bible study together. It is a work

day for me. Could we study in the morning before I leave for work? Otherwise, my

Tuesday is pretty open this week.

46. **Rocky says -**

Lonnie Bommer,

I am quite flexible in my time for a book study. Thursday morning will be fine.

I am really only interested in our growing spiritually and developing a good

healthy relationship with Jehovah God the Almighty who is described in Psalms

83:18

Like I said. I do believe that we are at the end of the system of things.

/s/ Rocky Contreras

Dated: 02/15/26

47. **Lonnie says-**

Sweet, I can't wait. We should start Lesson 1 in the Brochure "Enjoy Life Forever".

48. **Rocky says-**

What time on Thursday?

49. **Lonnie says-**

8:30 or 9:00 work?

50. **Rocky says-**

Yes. Have a good night. May Jehovah

God place an angel to protect you and your family.

51. **Lonnie says-**

Do you have a second of time for me to give you a call?

52 **Rocky says-**

Yes.

53. **Rocky says-**

Lonnie Bommer,

I was thinking about something that you said to me on the phone last night and I couldn't sleep. It's 2:11AM and I am sitting at my desk thinking about it.

You told me that we wouldn't be going through a publication.

I happen to know that the Jehovah's witnesses study out of publication in order to get the point of baptism. Therefore, I am going to have a insist on going through a publication as recommended   by the society.

I don't believe that learning about the truth is going to be beneficial if it isn't taught in the way that the society intended it to be preached.

After all, I don't think it would be wise to discriminate against anyone, especially me!

/s/ Rocky Contreras

Dated: 02/16/26

54. **Lonnie says-**

Good morning Rocky, I'm so sorry, I definitely didn't mean we were not going to go through that publication together we definitely will be doing that, in the Enjoy Life Forever publication. What I was meaning is that we can not spend a much time on basic Bible Truths but more on what will help deepen your love of Jehovah. ☺

And I'm very happy to hear that you have that wonderful goal of baptism, keep that Strong.

55. **Lonnie presents an edited version -**

Edited Good morning Rocky, I'm so sorry, I definitely didn't mean we were not going to go through that publication together we definitely will be doing that, in the Enjoy Life Forever publication. What I was meaning is that we would not need to spend a much time on basic Bible Truths but more on what will help deepen your love of Jehovah. :)

And I'm very happy to hear that you have that wonderful goal of baptism, keep that Strong.

56. **Rocky says-**

:)

57. **Lonnie says-**

Hey Rocky, sorry I didn't get to visit with you today. Got back from Sioux Falls just a bit ago did some doctoring down there with my wife. Can I get you the zoom code in the morning for us to start our Study?

58. **Rocky says-**

I got back from the hospital late last night. I ain't well.

59. **Lonnie says-**

Sad. Is there anything I can do?

60. **Rocky says-**

Pray for me.

61. **Lonnie says-**

I will definitely do that.

62. **Lonnie says-**

How are you feeling today Rocky?

63. **Rocky says-**

Lonnie Bommer,

Thank you for asking!

I am feeling much better today from the other day. I had to go to the ER in an

ambulance and was all drugged up with medicine from the ER when I arrived back

home. I was very sick!

I will eventually die from this kidney disease.

I need to get Susan going with a study and pursuing Jehovah God before I go.

/s/ Rocky Contreras

02/20/26

64. **Lonnie says-**

I'm sorry to hear about that.

Whenever you'd like to start your Study. I'll try my best to make that work. Just let me Know.

65. **Rocky says-**

What's your schedule looking like tomorrow?

66. **Lonnie says-**

Could make the morning work but after that I'm booked, and Sunday I'm all booked, then I work out of town Monday and Tuesday.

67. **Rocky says-**

Let's make a goal to try to have a study tomorrow morning on zoom. And if we don't succeed Jehovah God will know that we at least tried.

68. **Lonnie says-**

Sounds good How early could you do it?

For the Study we'll go over Lesson 1 in the Enjoy Life Forever.

69. **Rocky says-**

I am able to meet with you at whatever time that you are available in the morning.

I really am looking forward to talking about the truth with someone that is walking in this direction.

**70. Lonnie says-**

8:30 ok?

**71. Rocky says-**

Yes

**72. Lonnie says-**

Click

https://us05web.zoom.us/j/83402981817?pwd=
Fn3Hb1q3esVa6oHPYhaL6mbNRa4k1L.1 to start or join a scheduled Zoom Meeting
Join our Cloud HD Video Meeting
us05web.zoom.us

**73. Rocky says-**

Here's my personal zoom id information 8380441734

Password is 588572

**74. Lonnie says-**

Password says incorrect. If you just rejoin mine, we can finish.

**75. Rocky says-**

Send it to my email rockycontreras360@gmail.com

76. **Lonnie says-**

Get it?

77. **Rocky says-**

Let's just call it a day.

78 **Lonnie says-**

Sure, sounds good.

79. **Rocky says-**

We can continue when there is more time.

80. **Rocky says -**

Have a great day Brother Bonner.

81. **Rocky says -**

Bommer

82. **Rocky says -**

Lonnie Bommer,

I am quite aware that the friends (Jehovah's witnesses) don't all share their faces during

meetings.

I have attended quite a few zoom meetings. And everyone doesn't share their faces online.

The friends don't send their pictures with their letters when they preach the word via U.S. Mail.

Perhaps someday we will meet. Oh. I ain't the type of man to be shaking hands. I fist bump.

When did you want to continue studying again?

/s/ Rocky Contreras

02/21/26

83. **Lonnie says-**

I only fist bump as well.

84. **Lonnie says -**



**Lonnie says -**

Fist pump

85. **Lonnie says -**

This is the Update I was talking about. It's only a help you grow spiritually faster.

86. **Lonnie says -**

https://www.jw.org/finder?srcod=jwlshare&wtlocale=E&lank=docid-1112024048 1
VIDEO

87. **Rocky says-**

How may publishers are in your Congregation?

88. **Lonnie says-**

About 145

89. **Rocky says-**

Lonnie Bommer,

I have to be upfront and honest with you about our study this morning.

I am trying to study out of love for Jehovah God and the message

I didn't appreciate that you were being over the top in your style of attempting to preach

the word.

It was a bit pushy and not warm. I felt that you were giving me a hard time.

Perhaps it's a cultural issue? Are there any brothers of color in your congregation?

Honestly. I am looking to enjoy my study with a brother and not feel uncomfortable.

/s/ Rocky Contreras

Dated: 02/21/26

90. **Rocky says -**

Lonnie Bommer,

I believe that it be best if I studied with a person that I have something in common with culturally.

/s/ Rocky Contreras

Dated: 02/21/26

91. **Lonnie says-**

I'm completely fine with you studying with someone else. I just hope your journey in the Truth will find you happiness as it has me.

92. **Lonnie says -**

Just to get your perspective, how was it that I was giving you a hard time?

93. **Rocky says-**

Lonnie Bommer,

My fiance was present and heard the whole study.

She had even said WOW! After we split ways.

Our study wasn't warm. It was just kinda harsh, And she is a white woman.

I will contact the congregation through another number to try to find a brother that is more warm.

/s/ Rocky Contreras

02/21/26

94. **Lonnie says-**

Would you like our coordinator's number?

95. **Rocky says-**

Yes.

96. **Rocky says -**

Lonnie Bommer,

I am waiting for the number.

/s/ Rocky Contreras

Dated: 02/21/26

97. **Lonnie says-**

Ok, I talked with him. Bed like to sit in on a Study. Are you ok with that?

98. **Lonnie says -**

He'd like to

99. **Rocky says-**

What is Bed?

100. **Lonnie says-**

I meant he'd

101. **Lonnie says -**

Sorry about the typo.

102. **Rocky says-**

I am a 58 year old disabled man with eye impairment and kidney disease. I am on lots

of medication.

I didn't like the way you had talked towards me as if I was an 8 year old.

Perhaps you go after young ones like that in your congregation but I am not a kid.

I am trying to get back into studying with Jehovah's Witnesses I am trying to find joy in

studying again.

I am requesting the coordinators number and or am I going to have to contact the

branch headquarters.

/s/ Rocky Contreras

Dated: 02/21/26

103. **Lonnie says-**

I'm sorry that you felt that way… in no way do I feel superior to you.

But it was his wishes I did not give you his number, but he'd love to meet you on a

study.

**104. Rocky says-**

Lonnie Bommer,

Feel free to give him my number and zoom information so that he can talk to me. So

that I can get on my way moving forward in a study. Unless you don't want to? then that

is between you and Jehovah God.

/s/ Rocky Contreras

/s/ Rocky Contreras

Dated: 02/21/26

**105. Lonnie says-**

Sure, I can do that

**106. Rocky says-**

Lonnie Bommer,

I am requesting the number to the coordinator of your Kingdom Hall so that I can begin

to move forward with my studying

What I am requesting in a normal request that the public have the right to pursue under

man's law and or under Jehovah's Law.

/s/ Rocky Contreras

02/23/26

**107. Rocky says -**

Lonnie Bommer,

Please, let's not allow our personal opinions of each other to turn into a retaliatory tool

to prevent me from a bible study.

I already told you that I am requesting to study with a person that I feel more

comfortable with.

I do have this right of choice in the United States.

Now if you choose to discriminate against me and treat me indifferently I am going to file

a complaint with the State of North Dakota.

/s/ Rocky Contreras

Dated: 02/23/2026

**108. Lonnie says-**

I'm giving him your information.

And for your information, I have NOTHING against you. It's all you that has something

against me!

**109. Rocky says-**

Lonnie Bommer,

I am requesting his number as well.

Being that I am trying to start studying for my own spirituality and hope for the New System.

Lonnie, if I had something against you then I wouldn't have been communicating to you in the beginning.

I was taken a back when you displayed some anger when talking to me on zoom.

Your face turned red. You were able to control yourself before going to Jehovah God in prayer.

That display of anger in your face put cold water on our study.

Plus, your attitude was cold I thought!

Susan my fiance was shocked and I as well.

This is why I have decided to move forward with someone else.

I even shared what transpired with a close companion from the Philippines who has been a witness for 45 years.

I am reminded to be humble and forgive and don't stop pursuing the truth.

I am still looking to begin a study with someone that I can identify with.

/s/ Rocky Contreras

Dated: 02/24/26

110. **Rocky says -**

Lonnie Bommer,

Jehovah's witnesses have shaped international religious freedom law, particularly regarding the First Amendment in the U.S. by winning 14 of 19 Supreme Court cases between 1930s-50s.

I too believe in freedom of religion and my First Amendment right to speech.

I too just as the Jehovah's witness organization believes in taking a matter before a court of law.

Note: cell phone evidence like text messages are admissible evidence same as witness testimony.

I will wait patiently for your administrator and or a qualified Jehovah's witness to contact me regarding a Bible study.

If I don't hear from anyone just let it be noted that I will be filing a complaint with the North Dakota Department of Human Rights against the Kingdom Hall of Jehovah's witnesses here in Fargo.

/s/ Rocky Contreras

Dated: 02/25/2026

111. **Lonnie says-**

Hey Rocky, I reached out days ago for someone to make contact with you. I'm sorry it's

taking some time to make contact. But please be assured that you will be contacted. :)

112. **Rocky says-**

Lonnie Bommer,

Thank you for the update!

I believe that we each have to individually make the truth our own just the kingdom

melody song says.

Have a good day.

/s/ Rocky Contreras

Dated: 2/25/26

113. **Rocky says -**

Lonnie Bommer-

Service elder,

I have gone through our cell phone communication related to txt messaging

You told me that you were going to send me the coordinators number (TWICE).

I request the number of coordinator (TWICE).

I requested the number of a brother (ONCE).

And I still have not received any contact number from you.

I have informed you that I am disabled therefore this is why I am requesting a contact

number to arrange a Bible study for myself.

I truly ain't happy about being treated indifferently!

I view this as a discrimination act!

I will be filing a formal complaint with the North Dakota Department of Human RIghts against the kingdom hall of Jehovah's witnesses in Fargo this coming spring of 2026.

/s/ Rocky Contreras

Dated: 2/25/26


114. **Rocky says -**

Lonnie Bommer,

I received a phone call from Dwight just now.

He implicated you as being the one who slandered me in an attempt to prevent.

Dwight, demanded me to give him a explanation about the study with you!

He also brought up other things that were discriminatory!

The entire conversation got taped!

Audio evidence is admissible in the state of North Dakota!

You just couldn't allow me equal access to be able to have a book study!

A charge of retaliation and discrimination will be coming to the Kingdom Hall of Jehovah's Witnesses in Fargo in the spring of 2026.

/s/ Rocky Contreras

Dated: 02/25/2026

115. **Rocky says -**

The complaint to the state of North Dakota Department of Human Rights is being processed as of 2/25/26

116. **Rocky says -**

Lonnie Bommer,

Dwight was pretty nasty and mean to me dated: 02/25/26 and he stated that you told him that we had a problem and he was extremely demanding for me to tell him about it while saying that he couldn't study with me very nastily.

I believe that it would benefit the town i To hear how nasty and mean the Jehovah's Witnesses in Fargo can be.

I will be sending this audio to the local news station so that everyone can hear Dwight and his version of love.

/s/ Rocky Contreras

Dated: 02/27/26

117. **Rocky says -**

Lonnie Bommer,

Jehovah God provided us a nice spiritual meal today through zoom at a kingdom hall

out of state.

Having said that doesn't mean that I won't be pursuing this matter first before the State and second before a court of law.

I know that it won't be difficult to get you on retaliation being that Dwight had knowledge of you and I having an issue.

This can be proven especially since the only way he could have known of our issue is from you.

And Dwight verbally stating that he was not interested in studying the Bible with me is discrimination.

I will be using the watchtower magazines, and the New World translation of the holy scriptures, and cell phone - text message communications, and my witness Susan to give a detailed affidavit, and the Audio evidence related to Dwight mentioning you and judging me while denying me a study.

I am cancelling the study between your wife Ashley and Susan.

We will be receiving our spiritual food elsewhere through  the channels that are available to us through Jehovah's earthly organization.

I sent the audio to the Philippines and I was ask if perhaps I may have run into apostates?

Because these witnesses in the Philippines know what a true Jehovah's witnesses

sounds like!

Lonnie, I would lawyer up if I were you.

I ain't going to stop pursuing this matter until the fat lady sings

/s/ Rocky Contreras

Dated: 03/01/26

118. **Rocky says -**

Lonnie Bommer,

Due to your involving Dwight to discriminate against me with regard to a Bible study this matter is new recognized as Case # PA- 44446. Contreras v. Kingdom Hall of Jehovah's witnesses.

I have already been interviewed by the states compliance investigator and this matter is before the State Commissioner for the state of North Dakota.

The audio evidence was/has been submitted

Dwight is on tape acting like some kind of a judge and jury over me.

/s/ Rocky Contreras

Dated: 03/07/26

119. **Rocky says -**

Lonnie Bommer  -Service elder,

Case# PA- 44446.Contreras v. Kingdom Hall of Jehovah's witnesses was dismissed for lack of jurisdiction by the state today dated: 03/16/26.

Being that the matter went before the State, my statute of limitations to take action has been affected,

The state has given me 90 days to submit a claim before the U.S. District Court of North Dakota.

I just want you to know something before I do what I have experience to do.

I was being genuine when I reached out for a study.

I really don't appreciate being discriminated against by you and Dwight!

/s/ Rocky Contreras - Paralegal

Dated: 03/16/26

## KINGDOM HALL OF JEHOVAH'S WITNESSES
## GLENWOOD CONGREGATION
## MINNEAPOLIS, MINNESOTA.

**Rocky Contreras, and Deontray Brown - Minister/Elder, communicating with each other via text.**

120. **Rocky says -**

Brother Brown - Glenwood Congregation,

Good afternoon. I just noticed this voice message. It almost got passed me!

What is going on with a book study?

/s/ Rocky M. Contreras

Dated: 03/17/26

121. **Deontray says -**

A brother has been asked to reach out to you since last week

122. **Rocky says -**

Brother Brown - Glenwood Congregation,

Please if you dont mind having a brother contact me by text or leave a voice

message just how you did.

I get a lot of spam and crank calls these days. I don't answer half of my calls

These days.

/s/ Rocky M. Contreras

Dated: 03/17/26

123. **Deontray says -**

Will do

**Rocky says -**

Okay, thanks

124. **Rocky says -**

Brother Brown,

I must remind you that I requested to study with a person of color.

I have experienced a lot of racism from the white race.

Plus, I have been beat up knocked out while handcuffed by 3 white sheriffs

Deputies.

So please don't send a white man to study with me.

/s/ Rocky Mel Contreras

Dated: 03/20/2026

125. **Deontray says -**

Thanks for letting me know. I'll have a brother of color reach out to you.

126. **Rocky says -**

Brother Brown - Glenwood Congregation,

I am really interested in a study.

Thank you!

/s/ Rocky Mel Contreras

Dated: 03/20/26

127. **Deontray says -**

Hey Rocky, I'm still working to get a brother of color to study with you.

Thanks for your patience.

128. **Rocky says -**

Brother Brown,

So what is your first name?

I appreciate you trying to find me a study.

I really can see that we are deep in the end of this wicked system.

/s/ Rocky Contreras

Dated: 03/24/26

129. **Deontray says -**

My first name is Deontray.

We are definitely in the end of this system. I appreciate seeing you being aware of

your spiritual need.

130. **Rocky says -**

Deontray Brown,

Are you an Elder in the Glenwood Congregation?

I am disabled and dealing with complications from my disability.

I am not physically able to make it to the kingdom hall meeting.

My only avenue to get spiritually feed by the kingdom hall meetings is through

zoom.

And when I eventually start studying with a brother, I won't always be showing

my face on zoom due to my pain physical swelling that I am experiencing.

I really don't want people to see me suffering from the kidney disease.

/s/ Rocky M. Contreras

Dated: 03/26/26


131. **Deontray says -**

Yes, I am an elder in Glenwood.

I'm sorry to hear that you have much pain due to your kidney disease.

I look forward to the time when Jehovah will get rid of your pain and give you perfect

Health.

How do you feel about studying the Bible with Bob Boughton?


132. **Rocky says -**

Brother Brown,

I don't believe that I have ever met the man.

Can you tell me anything about him?

Hopefully he is a person of color. Right?

Hopefully he can be encouraging?

/s/ Rocky Contreras

Dated: 03/26/26

133. **Deontray says -**

He's an older brother,

Very good teacher, & black. He is encouraging.

He's helped quite a few individuals to baptism

134. **Rocky says -**

Okay.

Have him text me first just to make contact then he and I can move forward studying.

/s/ Rocky Contreras

Dated: 03/26/26

135. **Deontray says -**

Okay

136. **Rocky says -**

Deontray Brown - Glenwood Congregation,

Good evening. Hey if Bob Boughton isn't available try to find me someone else.

Also, I have a question regarding the ministry school.

I am interested in joining the ministry school soon.

But I can only participate from zoom.

/s/ Rocky Contreras

Dated: 03/28/26

137. **Rocky says -**

Deontray Brown - Glenwood Congregation,

I just had my first study with Brother Bob Boughton.

He is a very good teacher of the truth.

Thanks again for matching us up to study.

/s/ Rocky M. Contreras

Dated: 04/03/26

138. **Deontray says -**

No problem

**KINGDOM HALL OF jEHOVAH'S WITNESSES
GLENWOOD CONGREGATION
MINNEAPOLIS, MINNESOTA**
Rocky Contreras, and Bob Boughton - Minnester, communicating with each other
Via text.

139. **Rocky says -**

Bob Boughton - Glenwood Congregation of Jehovah's Witnesses

Good day to you.

I was referred to you by Deontray Brown - Minister/Elder of the Glenwood Congregation

Of Jehovah's Witnesses for a book study.

Do you believe you are interested in conducting a book study with a interested person?

/s/ Rocky M. Contreras

Dated: 03/29/26

140. **Bob says -**

Rocky, thanks for reaching out. I'm very interested in having a Bible study with you. I'm free most days, anytime during the day. Pick a time that is convenient for you and bylet me know.

I'll get back with you and we can decide the day and the hour of our consideration. We will be studying out of the 'Live Forever' .book. I look forward to hearing from you.

141. **Rocky says -**

Bob Boughton - Glenwood Congregation of Jehovah's Witnesses,

I was/am happy to see your text.

I see an opening for a study the day after the memorial.

I am available to study at any hour at this time.

You can pick the hour to start the study from the live forever book.

/s/ Rocky Contreras

Dated: 03/29/26

142. **Rocky says -**

Bob Boughton - Glenwood Congregation of Jehovah's Witnesses,

I am happy to have a study.

But I need you to know that I am disabled with kidney disease.

I am very ill. There are a lot of bad days.

When I am in pain I will want to study with the freedom of having the option of

participating in the study with the option to not show my profile same as the witnesses

do during the Kingdom Hall meetings.

I really prefer people not to see me in pain and or suffering from the side effects of my

disability.

Are you still interested in studying with me?

/s/ Rocky Contreras

Dated: 03/31/26

143. **Bob says -**

I am very pleased to be able to study with you.

I understand your kidney problems and your desire not to be seen publicly, I have

kidney issues as well.

So I know some of the issues you are dealing with.

If I don't see you at the Memorial on Thursday, I will call you on Friday, probably around

noon.

Take care of yourself and I'm really looking forward to our getting together.

Need Jehovah bless you.


144. **Rocky says -**

Thank You. plus, prayer hands emoji.


145. **Rocky says -**

Bob Boughton - Glenwood Congregation,

I really enjoyed our study today.

You do have good teaching skills.

Hey, I know a woman that is interested in studying.

Perhaps you can assist in finding a sister to study with her?

Oh, the matter that I told you about related to a court action is not against anyone from

the Glenwood Congregation.

/s/ Rocky M. Contreras

Dated: 04/03/26


146. **Bob says -**

Rocky, I enjoyed our study as well.

I am impressed with your level of understanding and your appreciation.

You need not worry about me sharing anything that we discuss during our study.

As far as who your suit is against, it doesn't matter what congregation they attend.

With regards to the woman who wants a study, perhaps my wife might be interested.

I need more information about her. See you on Sunday.

147. **Rocky says -**

Bob Boughton Glenwood Congregation,

The woman that I'm talking about has met your wife a couple of times. I am told.

Her name is Susan Klucas and she is 50 years old.

Rocky M. Contreras

Dated: 04/03/26

148. **Bob says -**

I spoke to my wife about the potential Bible study. She is interested.

If you can facilitate by sending me Susan's number, we'll get the ball rolling.

Thanks for being on the alert.

149. **Bob says -**

Thanks. My wife is planning on contacting her soon.

150. **Rocky says -**

Emoji thumbs up.

151. **Rocky says -**

Bob Boughton - Glenwood Congregation,

Good day to you!

We really enjoyed the talk and watchtower today.

I was talking to Susan about a study with your wife and Susan says that she is available

to study on Tuesday and/or Thursday in the afternoon and it may vary between these

two days depending on my disability and side effects that I am undergoing

Lately, most days have been a struggle for me.

/s/ Rocky M. Contreras

Dated: 04/05/26

## Count I - Negligence.

152. This cause of action is due to a breach of fiduciary duty. The Fargo English

Congregation of Jehovah's Witness Ministers recognized as Lonnie Bommer -

Minster/Elder, and Dwight - Minister/Coordinator were purposely discriminating against

the plaintiff by making directives that the plaintiff show his profile during zoom meetings

while allowing everyone else to have the freedom of choice to show their profile or not.

153. Lonnie Bommer - Minister/Elder, and Dwight - Minister/Coordinator breached their

duty of care by negligently attempting to subject the plaintiff to a double standard during

a zoom book study while having knowledge that the Jehovah's Witnesses allow the

physically fit and the disabled interested ones, and allows the physically fit and the disabled publishers, and allows the physically fit and disabled Ministers/Elders, to freely attend the meetings in person and/or by zoom nationwide. And while on zoom to have the freedom of choice to show their profile or not.The plaintiff will be submitting cell phone - text messaged evidence and audio taped evidence to prove to this federal bench that a double standard was negligently applied.

The plaintiff will submit video evidence to prove that there is a discriminative double Standard that was discriminatively applied to the plaintiff.

154. A discriminative double standard is a biased, unfair rule or principle applied unevenly to different people or groups in identical situations, where one group is held to a stricter standard than another. These standards are considered a form of hypocrisy and injustice, violating the principle that individuals should be treated equally under the same circumstances.

## Count II - Negligence.

155. Lonnie Bommer - Minister/Elder had knowledge of the plaintiff requesting to study with a person of [color] but instead gave the plaintiff's contact information to the [white] Dwight - Minister. Elder/Coordinator? to make contact with the plaintiff, who in turn phoned the plaintiff from a private number while withholding his last name from being made known while pretending like he was willing to start a study while actively

attempting to discourage the plaintiff from being a bible student.

Lonnie Bommer - Minister/Elder had knowledge that Dwight was not willing to be transparent . The Cell phone - text message evidence corroborates this fact.

Lonnie Bommer - Minister/Elder still allowed Dwight to be in contact with me

156. The plaintiff has had time to digest the phone call from Dwight - Minister. Elder/Coordinator? and has concluded that this phone call was retaliatory in nature. "Retaliatory in nature" describes actions taken specifically to harm, punish, or "get even" with someone who previously caused harm or annoyance. It represents a "pay back in kind" approach, often acting as a response to a perceived wrong rather than a proactive measure.

157. The prima facie audio evidence captured Dwight as having been misinformed by Lonnie Bommer - Minister/Elder having ended the study with the plaintiff. But in reality it was the plaintiff who had ended the study with Lonnie Bommer - Minister/Elder.  The Cell phone - text messages  Corroborates that the plaintiff had ended the study with Lonnie Bommer - Minister/Elder.

158. Again, This Dwight character was not willing to divulge his last name when asked by the Plaintiff. Honestly speaking I don't know anyone who would be willing to invite someone into their home and/or give it an invite on zoom to study anything when the individual is being so evasive as Dwight was being with his identification features like

phone number and last name. The prima facie audio evidence is real evidence proving

that Dwight - Minister/Coordinator was attempting to be evasive about himself.

159. Lonnie Bommer - Minister/Elder had knowledge that the plaintiff only wanted to talk

to the Coordinator so as to make arrangements to study with a [person of color]. But

apparently failed to inform Dwight - Minister. Elder/Coordinator? And failed to inform

Dwight - Minister. Elder/Coordinator that the plaintiff had ended the study with Lonnie

Bommer - Minister/Elder for his display of anger during a zoom study.

160. The plaintiff never requested a study with the [white] so called coordinator of the

Fargo English Congregation of Jehovah's Witnesses. Therefore, Dwight - Minister.

Elder/Coordinator? should have never pushed to make it appear as if he was trying to

start a study, while actively attempting to discourage the plaintiff from being a bible

student, being that the plaintiff had requested to study with a [person of color].

161. Also, if Dwight - Minister - Elder/Coordinator? Is not an actual Elder/coordinator for

the Fargo English Congregation of Jehovah's Witnesses  then Lonnie Bommer -

Minister/Elder must be held liable for the negligent act of giving my information

To the [white] Dwight individual.

162.This Prima facie ("discriminative") evidence captured on audio tape, is proof

Of the negligence on the part of Lonnie Bommer - Minister/Elder being

that Lonnie Bonner - Minister/Elder, had knowledge that the plaintiff requested to study

with a person of [color] but failed to relay the message to the [white] Dwight - Minister.

Elder/Coordinator? The instability of Dwight was captured in the Audio evidence

therefore making it questionable that this individual is not an Elder/Coordinator for the

Fargo English Congregation of Jehovah's Witnesses.

163. Therefore, this matter is actionable being that there aren't any questions of

religious doctrine or Belief.

<u>**Count III - Intentional Misrepresentation.**</u>

164. Dwight, a [white] Minister. Elder/Coordinator? had knowledge of the plaintiffs

request to study with a person of [color] which was relayed to him by Lonnie Bommer -

Minister/Elder. Being that I had made this request to Lonnie Bommer - Minister/Elder

After only studying with him 1 time.

165. Dwight, a [white] Minister. Elder/Coordinator? Intentionally made the decision to

ignore the plaintiffs request, and made contact with the plaintiff in a lame attempt to

study while trying to discourage a study from transpiring.

166.The plaintiff's request for a person of [color] to study the bible with was/is a valid

request that the plaintiff has the right to request which doesn't in anyway involve NO

question of religious doctrine or belief.

167. Note: I have put a question mark behind the title following Dwight's first name

being that Dwight had made contact with the plaintiff from a private number and would

not divulge his last name when asked.

168. I am not convinced that Dwight - Minister was/is the Coordinator of the Fargo English Congregation who I had requested to speak to. Note: The reason that I had asked Lonnie Bommer - Minister/Elder for the coordinators number was so that I can request to study with a person of [color]. *Which is the plaintiffs right to request. Being that I am a free man that has the right to freedom of choice!*

### Legal Foundations for Freedom of Choice

169. **14th Amendment (Due Process Clause):** This clause declares that no state shall "deprive any person of life, liberty, or property, without due process of law." The Supreme Court has interpreted "liberty" to include the right of a citizen to be free in the enjoyment of all their activities; to be free to use them in lawful ways; to live and work where they will; and to enter into contracts.

170. The prima facie audio evidence has captured Dwight - Minister. Elder/Coordinator? telephone call to the plaintiff.

- Listen to the prima facie audio evidence in its entirety at Length: 00:00 - 20:26

- Listen to the prima facie audio evidence beginning at Length: 12:42 - 14:00

171. Dwight - minister brought up the topic of Lonnie Bommer - Minister/Elder at twelve minute(s) and forty two second(s) into the tape. And then attempted to deny bringing up the topic of Lonnie Bommer - Minister/Elder at fourteen minute(s) and zero seconds into

the tape. And then again tries to be discouraging to me in an attempt to try to discourage me from studying the bible with Jehovah's Witnesses.

172. This audio taped evidence has captured Dwight - Minister. Elder/Coordinator telling me that I can just follow along on the website without studying. And later on in the ending of The prima facie evidence Dwight repeats that there is a lot of information on the Website. This was said to me to utilize as a substitute rather than studying as a bible student and interacting with another Jehovah's Witness Minister

173. Dwight - Minister. Elder/Coordinator? called me on my cell phone and totally made himself out to sound like a mentally damaged individual who had only made contact with me to discourage Me, from pursuing the religion of my choice.

174. I find this behavior to be very disturbing being that the Jehovah's Witnesses have played a pivotal role in shaping modern freedom of religion and speech laws, particularly in the U.S., where they won 14 of 19 Supreme Court cases between 1938 and 1943 regarding literature distribution and permits. Their legal battles, focussed on door-to-door evangelism, flag salutes, and conscientious objection, have established critical First Amendment precedents.

175. Dwight - Minister. Elder/Coordinator? Telephone call to me trying to act like he is going to be my study partner is an Intentional act of Misrepresentation being that I was requesting to study with a [person of color] Dwight - Minister. Elder/Coordinator? [Is not a person of color].

176. Also, if Dwight - Minister is not the coordinator for the Fargo English Congregation for the Kingdom hall of Jehovah's Witnesses then this must be looked upon as another Intentional act of Misrepresentation on behalf Dwight - Minister/Elder, and the Fargo English Congregation of Jehovah's Witnesses.

177. Furthermore, Dwight - Minister. Elder/Coordinator? Telephone call to discourage a bible student from his choice of faith must be looked upon as Intentional Misrepresentation. Again, Intentional Misrepresentation is actionable being that his behavior involves NO question of religious doctrine or belief.

### Count IV  - Slander.

178. Dwight - Minister. Elder/Coordinator? Made the accusation that (He) and I had similar issues as did Lonnie Bommer - Minister/Elder had. This is a false claim being that I had never studied with Dwight - Minister Elder/Coordinator?

Also, Dwight - Minister. Elder/Coordinator was/is also making implications that (HE) knows me. Lets be reasonable and fair minded. If at some point someone dropped off a bible where you were once living in 2023 and perhaps you and this individual exchanged words back in 2023. Does this mean that the person who dropped off the bible knows you?

179. Let it be noted for the record that I wouldn't be able to pick Dwight out if he was standing in front of me in a line up. I have no recollection of this person's features being

that I have never met this person face to face.

180. Therefore, for this individual to insinuate that (HE) knows me and/or to say that we had similar issues as Lonnie Bommer - Minister/Elder had is a total farce! I had never studied the bible with Dwight - Minister. Elder/Coordinator? And had never stepped onto the Kingdom Hall of Jehovah's Witness property located at 2207 18th St S, Fargo, ND 58103.

181. The prima facie audio evidence Length is 20:26. Captured Dwight - Minister. Elder/Coordinator? retaliating, discriminating and making a false claim in regards to Lonnie Bommer - Minister/Elder. And lie regarding his knowing me. And having had similar events like what transpired between Lonnie Bommer and I.

The audio taped evidence was recorded dated: February 25, 2026. The audio evidence captured Dwight's false claim.

182. The Cell phone - Text messaged evidence does prove that the plaintiff ended the study with Lonnie Bommer - Minister/Elder due to his visible display of anger. Dwight - Minister. Elder/Coordinator? Is erroneously implying that I was the problem that ended the study with Lonnie Bommer - Minister/Elder. Which is a deliberate distortion of the truth. The Cell phone text message evidence is prima facie evidence that Corroborates the events from the plaintiff.

183. Plus, let it be noted for this record that the plaintiff had an interested person who

witnessed what transpired during the study between Lonnie Bommer - Minister/Elder and the plaintiff. She is an eyewitness who has personally experienced the notable display of anger that had been visible on Lonnie Bommer - Minister/Elder's face. Therefore, for Dwight - Minister. Elder/Coordinator? To make The accusation that I was The problem is erroneous and Slanderous

184. Slanderous Claim, Definition:

A slanderous claim is a false, spoken statement presented as fact that harms a person's or entity's form of defamation. To be actionable, the statement must be presented as fact, no communicated to a third party. Key examples include false allegations of criminal a or business incompetence. reputation.

third party. Examples include false accusations of crime, sexual misconduct, or professional incompetence. Common synonyms include defamation, aspersion,calumny, libel, (written), and verification

## RECORDED CONVERSATIONS ARE ADMISSIBLE

185. Yes, recorded conversations are generally admissible as evidence if recorded with the consent of at least one party involved in the conversation. This is known as "one-party consent" and is the standard in most U.S. states, as well as under federal law. However, some states require "all-party consent," meaning everyone participating in the conversation must agree to be recorded for it to be legal and admissible.

One Party Consent:

In states with one-party consent laws, as long as one person in the conversation agrees agrees to the recording, it is legal and can be used as evidence.

Federal law also follows the one-party consent rule.

Examples of one-party consent states include **North Dakota**.

186. In criminal/civil prosecution, taped conversations between the defendant and another which were recorded without the defendant's knowledge or consent but with the Consent of the party are admissible and do not violate the defendant's Fourth and Fifth Amendment rights. United States v. White, 401 U.S. 745 (1971); Lopez v. United States 373 U.S. 4276 (1963); United States v. Caracci, 446 F.2d 173(5th Cir.), cert, denied, 404 U.S. 881 (1971). The consent of one party to the conversation eliminates any claim of illegality as to the recording per se even when the government that participated in the recording. United States v. Fanning, 47 F.2d 45 (5th Cir. 1973), cert, denied, 414 U.S. 1006 (1974). The Fourth Amendment does not protect "a wrongdoer's misplaced belief that a person to whom he voluntarily confides his wrongdoing will not reveal it. Hoffa v. United States, 385 U.S. 283, 302 (1966). Where it is proper to testify about oral conversations, taped records of those conversations are admissible. Lopez, 373 U.S. at 387. See also United States v. Conroy, 589 F.2d 1258, 1264 (5th Cir.), cert, denied 444 U.S. 831 (1979) ("if the informant may reveal the conversation at a later time, he may contemporaneously transmit it to third persons").

## TAPE RECORDINGS OF CONVERSATIONS ARE ADMISSIBLE ONCE THE PLAINTIFF ROCKY MEL CONTRERAS LAYS THE PROPER FOUNDATION

187. The controlling authority in this Circuit on the authentication of tapes United States v. Biggins, 551 F.2d 64 (5th Cir. 1977). In Biggins, the Fifth Circuit held that taped had been in his custody since it was given to him by the witness. United States v. Hykel, 461 F.2d 721 (3rd Cir. 1972). An adequate chain of custody may be established by testimony from a government agent who had possession of the taped, thereby allaying any fears of tampering. United States v. Alston, 460 F.2d 48 (5th Cir.), cert, denied, 409 U.S. 871 (1972).

188. The fact that some unidentified person may have had access to a tape recording in the government's custody does not affect the reliability of the foundation evidence so as to preclude admission into evidence of the recording. Haldeman, 559 F.2d at 109. The government need not call every employee who may have had access to the tape. When the government's showing of continuity of possession of real evidence is reasonably adequate, and no evidence is offered by the defendant suggesting any laxity in the custodial procedures of the government or any reasons why the exhibit should be regarded as in any way untrustworthy, such evidence cannot be deemed to have been improperly admitted on a theory, of chain of custody, Robinson v. United States, 283 F.2d 508 (D.C. Cir.), cert, denied, 364 U.S. 919 (1960).

189. The possibility of alterations to the tape need not be eliminated absolutely, but only

as a reasonable possibility. Moreover, the fact that a witness indicates he cannot be sure that certain statements were made on a particular date, rather than at some other time around that date, does not show that the taped recording, which intrinsically demonstrates that the conversation occurred on that date in question, was tampered with so as to preclude its admission into evidence. Haldeman, 559 F.2d at 109. See also United States v. Jacobs, 451 F.2d 530, 541-542 (5th Cir. 1971), cert, denied, 405 U.S. 955 (1972) ("It is self-evident that a tape recording would be more accurate than the recollection of a witness a year or more after the conversation had occurred").

190. In addition to the circumstances enumerated above, a tape of a recorded conversation also may be admitted when a witness has been attacked for recent fabrication of his testimony or improper motivation of his testimony, as a prior, consistent statement used to rehabilitate that witness. Albert, 595 F.2d at 259.

When considering paperless records, "the focus is not on the circumstances of the creation of the record, but rather on the circumstances of the preservation of the record during the time it is in the file so as to assure that the document being proffered is the same as the document that was originally created." In re Vee Vinhee, 336 B.R. 437, 444 (B.A.P. 9th Cir. 2005).

The burden of proof describes the standard that a party seeking to prove fact before a fact finder or court must satisfy to have that fact legally established.

In civil cases, the plaintiff has the burden of proving their case by a preponderance of the evidence, which means the plaintiff merely needs to show that the fact in dispute is more likely.

"A factual content that allows the court to draw the reasonable inference that the defendant is liable for misconduct alleged." iqbal, S. Ct. at 1949 (citing Bell Atl. Corp v. Twombly, 550 U.S. 544, 556 (2007)). Although a complainant need not contain detailed factual allegations, it must raise a right to relief above the speculative level. See Twombly, 550 U.S. at 555.

## Prayer for Relief

Wherefore, Plaintiff Rocky Mel Contreras in pro se prays for judgment against Defendants as follows:

As to Count 1, a money judgment against Defendant's [1] Fargo English Congregation of Jehovah's Witnesses; [2] Lonnie Bommer - Minister/Elder; [3] Dwight - Minister. Elder/Coordinator? For compensatory, and punitive damages together - with costs And disbursements, including reasonable court fees, under this Tortious Negligence.

As to Count 2, a money judgment against Defendant's [1] Fargo English Congregation of Jehovah's Witnesses; [2] Lonnie Bommer - Minister/Elder; [3] Dwight - Minister. Elder/Coordinator? For compensatory, and punitive damages

together - with costs And disbursements; including reasonable court fees, under This Tortious Negligence.

As to Count 3, a money judgment against Defendant's [1] Fargo English Congregation of Jehovah's Witnesses; [2] Dwight - Minister/Coordinator? for compensatory,  and punitive damages and punitive damages together - with costs And disbursements, including reasonable court fees, under this Tortious Intentional Misrepresentation.

As to Count 4, a money judgment against Defendant's [1] Fargo English Congregation of Jehovah's Witnesses; [2] Dwight - Minister/Coordinator? For compensatory, and punitive damages and punitive damages together - with costs and disbursements, including reasonable court fees, under this Tortious Slander.

**/s/ Rocky Mel Contreras**

Apt#8
510 Forest Avenue North
Fargo, North Dakota 58102-1533
Telephone: (651) 506-9404
E-mail: rockycontreras360@gamil.com

Dated: Monday, 13th, Of April, 2026.